STATE OF CONNECTICUT *v.* HELEN J. LYNCH
(12330)

O'CONNELL, FREEDMAN and SCHALLER, JS.

Argued November 30—decision released December 21, 1993

*John F. Cocheo,* for the appellant (defendant).

*Pamela S. Meotti,* deputy assistant state's attorney, with whom were *Peter A. McShane,* assistant state's attorney, and, on the brief, *C. Robert Satti, Sr.,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.